McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AHMED SHADKAM, ) | No. 07-S-CV-2151 LKK JFM |
| Plaintiff, ) | JOINT STIPULATION AND ORDER |
| v. ) | |
| Michael Chertoff, Secretary of Homeland Security, et al. ) | |
| Defendants. ) | |

   This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his application to adjust status to that of lawful permanent resident. At the time of this filing, the Federal Bureau of Investigations' (FBI) background name check is complete, but a further interview is required to determine eligibility to adjust status. CIS is in the process of scheduling that interview; once the interview is completed, the agency will complete the adjudication of the application. Toward the end of resolving the matter at the agency level, the parties therefore stipulate to a 60-day extension of time for the filing of the government's answer.

   The parties stipulate that the time for filing the government's answer be extended to March 3, 2008, and that the scheduling conference, currently set for January 7, 2008, be reset to sometime after the new answer due date.

-1-

Dated: January 2, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Dina Marie Sokhn
Dina Marie Sokhn
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on March 3, 2008, and that the scheduling conference is reset to March 31, 2008 at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 3, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT