DINA M. SOKHN (SBN 233516)
Attorneys at Law
1550 The Alameda, Ste. 207
San Jose, CA 95126
Phone: (408) 993-0747
Facsimile: (408) 993-0748

Attorney for Plaintiff
AHMED SHADKAM

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED SHADKAM<br>            Plaintiff,<br><br>v.<br><br>ROBERT MUELLER III, Director, Federal Bureau of Investigation (FBI), MICHAEL CHERTOFF, Secretary, Department of Homeland Security (DHS), EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services (USCIS), GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS, MICHAEL BIGGS, Sacramento Field Office Director, USCIS, SUSAN CURDA, District Director, Sacramento District Office, USCIS | Civil Action No.: 07-S-CV-2151 LKK JFM<br><br>MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS AND ORDER |

Plaintiff, through his attorney of record, requests, subject to the approval of this court, that the above entitled action be dismissed without prejudice. The United States Citizenship and Immigration Service has granted the plaintiff lawful permanent resident status. Thus, the subject matter of this complaint is moot.

Respectfully submitted this 13th day of February, 2008.

07-S-CV-2151 LKK JFM
Motion to Dismiss Complaint for Writ of Mandamus
1

/s/ Dina M. Sokhn

_____

DINA M. SOKHN
Attorney for Plaintiff

## ORDER

Pursuant to this Motion to Dismiss and for the reasons stated therein, IT IS HEREBY ORDERED that this Complaint for Writ of Mandamus be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 14, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

07-S-CV-2151 LKK JFM
Motion to Dismiss Complaint for Writ of Mandamus

2